# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT TO THE     :   No. 685
                                         :

CONTINUING LEGAL EDUCATION   :   SUPREME COURT RULES DOCKET
                                         :

BOARD                                                     :

## O R D E R

**PER CURIAM:**

AND NOW, this 3rd day of December, 2015, Clifford B. Levine, Esquire, Allegheny County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years commencing December 31, 2015.